IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELFIDO MARTINEZ,

    Plaintiff,

v.                                                                  No. 22-cv-0906-MV-KRS

METROPOLITAN DETENTION
CENTER OF BERNALILLO COUNTY,

    Defendant.

## ORDER TO CURE DEFICIENCIES

    This matter is before the Court on Plaintiff's Letter Regarding Civil Rights Claims (Doc. 1) (Letter).  Plaintiff is detained at the Metropolitan Detention Center (MDC) and is proceeding *pro se*.  The Letter indicates he wishes to file a 42 U.S.C. § 1983 civil rights complaint.  On November 25, 2022, the Clerk's Office sent Plaintiff a blank civil rights complaint and a blank motion to proceed *in forma pauperis*.  Plaintiff must return the completed civil rights complaint within thirty (30) days of entry of this Order.  By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with an inmate account statement reflecting transactions for a six-month period.  The failure to timely comply with both directives may result in dismissal of this case without further notice.

    **IT IS ORDERED** that within thirty (30) days, Plaintiff must: (1) file a complaint using the proper civil rights form; and (2) prepay the $402 filing fee or submit an *in forma pauperis* motion that attaches a six-month inmate account statement.

                                                              */s/ Kevin Sweazea*
                                                       UNITED STATES MAGISTRATE JUDGE